UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE & GENERAL
INSURANCE COMPANY,

                    Plaintiff,

           v.

OLD REPUBLIC INSURANCE CO. and
KONE INC.,

                    Defendants.

No. 25-CV-10054 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

At the initial pre-trial conference on January 9, 2026, Defendants sought a stay of discovery pending the Court's resolution of Defendants' motion to dismiss. The Court instructed Plaintiff to file a letter explaining its position on Defendants' request no later than January 16, 2026. Plaintiff has yet to file such a letter. Plaintiff is hereby ordered to provide its position on Defendants' request no later than January 22, 2026. If Plaintiff does not do so, the Court will assume that Plaintiff does not oppose Defendants' request.

SO ORDERED.

Dated:    January 20, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge