UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE & GENERAL
INSURANCE COMPANY,

               Plaintiff,

          v.

OLD REPUBLIC INSURANCE COMPANY
and KONE INC.,

               Defendants.

No.  25-CV-10054 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     Due to a conflicting criminal proceeding, the conference previously scheduled for May 15, 2026 at

1:00 p.m. is adjourned to May 15, 2026 at 1:30 p.m.

SO ORDERED.

Dated:    May 12, 2026
           New York, New York

                                Ronnie Abrams
                                United States District Judge