UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHWEST MARINE & GENERAL INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>        v.<br><br>OLD REPUBLIC INSURANCE CO. and KONE INC.,<br><br>                  Defendants. | No. 25-CV-10054 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The conference scheduled for today, May 15, 2026, is adjourned *sine die*.

SO ORDERED.

Dated:    May 15, 2026
           New York, New York

 

Ronnie Abrams
United States District Judge