UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE & GENERAL INSURANCE COMPANY,

Plaintiff,

v.

OLD REPUBLIC INSURANCE COMPANY and KONE INC.,

Defendants.

25-CV-10054 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 20, 2026, the Court stayed this action pending resolution of the underlying state court trial, then scheduled for October 14, 2026, and the parties' ongoing mediation. *See* Dkt. 35. Given the time that has elapsed since the Court's August 20, 2026 Order, the parties shall file a joint letter no later than November 30, 2026, updating the Court on the status of mediation and the underlying state court case.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Ronnie Abrams
United States District Judge